Eastern District of Kentucky
FILED
SEP 24 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

GARY DEWITT ODOM, )
)
Petitioner, ) Civil No. 0: 18-91-HRW
)
v. )
)
UNITED STATES OF AMERICA, ) **MEMORANDUM OPINION**
ET AL., ) **AND ORDER**
)
Respondents. )

\*\*\* \*\*\* \*\*\* \*\*\*

On August 28, 2018, Gary Odom – an inmate in state custody – filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in a separate case, *Odom v. United States*, No. 0: 18-CV-90-HRW (E.D. Ky. 2018), apparently to challenge the lodging of a federal detainer against him. [D. E. No. 1 therein] The Court denied that petition shortly thereafter, noting amongst other things that his claims appeared to be of a kind that ought to be asserted in his underlying criminal case. [D. E. No. 4 therein]

In early September Odom filed a motion in that case to reconsider the dismissal of his petition, asserting that a typographical error in the original petition led the Court to believe that he had committed a new offense while on supervised release, which he now contends occurred only after his term of supervised release

1

was concluded. [D. E. No. 5] Odom also filed a motion to amend his petition to correct the error, and tendered an amended petition. [D. E. No. 5-1; 5-2] The Court denied that motion shortly thereafter. [D. E. No. 7]

Unbeknownst to the Court, Odom had already sent his motion to amend his habeas corpus petition and an amended petition in a second, earlier letter. Odom also included with that letter a new motion to proceed *in forma pauperis* and a new certificate of inmate account. Because Odom did not heed the Court's earlier direction in Case Number 18-90 to include the case number with any document he filed with the Court, *see* D. E. No. 3 therein at pg. 1, and because he had included a new motion for *pauper* status, the Clerk of the Court construed Odom's proposed amended petition in his original case as a new habeas corpus petition, and docketed it accordingly in this action. [D. E. No. 1]

The foregoing history makes plain that the petition for a writ of habeas corpus filed in this case [D. E. No. 1] is duplicative of Odom's motion to amend his habeas corpus petition in the prior habeas action, Case Number 18-90. The Court will therefore dismiss this action without prejudice for administrative purposes, and will not assess the five-dollar habeas filing fee or address the motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** as follows:

1. Gary Odom's "amended" petition for a writ of habeas corpus [D. E. No. 1] is **DENIED WITHOUT PREJUDICE** for administrative purposes.

2. Odom's motion to proceed *in forma pauperis* [D. E. No. 1-3] is **DENIED AS MOOT**.

3. Odom's motion to amend petition for a writ of habeas corpus [D. E. No. 3] is **DENIED AS MOOT**.

4. This action shall be **STRICKEN** from the active docket.

This the 24th day of September, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

3